Case 4:20-cr-00469   Document 1   Filed on 09/29/20 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED
*September 29, 2020*

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | **4:20-CR-469** |
| Vs. § | |
| § Criminal No. _____ |
| HOMERO GALLEGOS § | |
| NOE HERNANDEZ § | |
| PEDRO LUIS GUERRA § | |

INDICTMENT

THE GRAND JURY CHARGES:

On or about May 3, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants

HOMERO GALLEGOS
NOE HERNANDEZ
and
PEDRO LUIS GUERRA

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold for ransom and reward or otherwise E. Q., and in committing or in furtherance of the commission of the offense used a means, facility or instrumentality of interstate or foreign commerce, namely, cellular telephones.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

A TRUE BILL

_____
**Original Signature on FIle**
Foreperson of the Grand Jury

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Anibal J. Alaniz*
_____
Anibal J. Alaniz
Assistant United States Attorney

*Casey N. MacDonald*
_____
Casey N. MacDonald
Assistant United States Attorney